JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GREGORY SYLVESTER RIDEAU, JR.,

   Petitioner,

vs.

COURT OF APPEALS, ET AL.,

   Respondents.

Case No. EDCV 12-1216-GW (DTB)

**J U D G M E N T**

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that the this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: September 18, 2012

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1